Kim R. Wilson (3512)
P. Matthew Cox (9879)
**SNOW, CHRISTENSEN & MARTINEAU**
Attorneys for AmeriCredit Financial Services, Inc.
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145
Telephone: (801) 521-9000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Bankruptcy No. 10M-24419 |
| | (Chapter 13) |
| **LEONARD F. LUNA and TERESA A. LUNA ,** | **APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE** |
| Debtors. | |

    Kim R. Wilson and the law firm Snow, Christensen & Martineau hereby enter their appearance as counsel for AmeriCredit Financial Services, Inc. , a creditor, and request that they be added to the mailing matrix in the above-referenced proceeding, further that they receive notice of all future hearings, copies of all pleadings, and mailings therein, at the following address:

        Kim R. Wilson
        Snow, Christensen & Martineau
        10 Exchange Place, Eleventh Floor
        Post Office Box 45000
        Salt Lake City, Utah 84145

    DATED this 10th day of June, 2010.

        SNOW CHRISTENSEN & MARTINEAU

        By /s/ Kim R. Wilson
            Kim R. Wilson
            P. Matthew Cox
            Attorney for AmeriCredit Financial Services, Inc.

CERTIFICATE OF SERVICE

    I, Kim R. Wilson, attorney for AmeriCredit Financial Services, Inc. , hereby certify that on this 10th day of June, 2010, I served a copy of the APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE, to those parties that are identified on the court's electronic notification certificate dated June 10, 2010, as not receiving notice electronically.

        Kevin R. Anderson (via ECF)
        405 South Main Street
        Suite 600
        Salt Lake City, UT 84111

        Justin O. Burton (via ECF)
        6000 South Fashion Blvd.
        Murray, UT 84107